IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE KP ENGINEERING, LP, *et al.*, § <br> § <br> *Debtors*. § <br> § <br> ──────────────────────── § <br> § <br> SAULSBURY INDUSTRIES, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> KP ENGINEERING, LP, TARGA § <br> CHANNELVIEW LLC, AND SMITH & § <br> LOVELESS, INC., § <br> § <br> Defendants. § | Case No. 19-34698 <br><br> Chapter 11 <br><br> (Jointly Administered) <br><br><br> Adversary No. 20-03122 |

### STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

The undersigned parties to this adversary proceeding, acting through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby stipulate in consideration of the negotiated settlement executed by them, to the dismissal with prejudice of this adversary proceeding, including all claims, cross-claims and counterclaims asserted therein, with each party to bear its own attorneys' fees and costs.  This stipulation dismisses the party's respective claims, cross-claims and counterclaims asserted in this adversary proceeding only, and is made without prejudice to the parties' proofs of claim asserted against Debtors KP Engineering LP and KP Engineering LLC

DONE this 30th day of December, 2020.

*[Signature Pages Follow]*

1

          **PLAINTIFF:**

          **SAULSBURY INDUSTRIES, INC.**

          */s/ N. Chris Glenos*
          One of its Attorneys of Record

OF COUNSEL

BRADLEY ARANT BOULT CUMMINGS, LLP
**N. Chris Glenos**
Texas Bar No. 24113073
cglenos@bradley.com
**Jay R. Bender**
Texas Bar No. 24104932
jbender@bradley.com
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8721
(205) 521-8800 (fax)

**James A. Collura, Jr.**
Texas Bar No. 24044502
jcollura@bradley.com
**Justin T. Scott**
Texas Bar No. 24070578
jscott@bradley.com
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300
(713) 576-0301 (fax)

DEFENDANT:

KP ENGINEERING LIQUIDATION TRUSTEE, ON BEHALF OF THE KP ENGINEERNIG LIQUIDATION TRUST

*/s/ Paul Douglas Stewart, Jr.*
One of its Attorneys of Record

OF COUNSEL

STEWART ROBBINS BROWN & ALTAZAN, LLC
**Paul Douglas Stewart, Jr.**
Louisiana Bar No. 24661 (admitted to SDTX)
dstewart@stewartrobbins.com
**Brooke W. Altazan**
Texas Bar No. 24101002
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, Louisiana 70801-0016
(225) 231-9998
(225) 709-9467 (fax)

DEFENDANT:

TARGA CHANNELVIEW LLC
n/k/a HARTREE CHANNELVIEW LLC

*/s/Amy K. Wolfshohl*
One of its Attorneys of Record

OF COUNSEL

PORTER HEDGES LLP
**Amy Wolfshohl**
Texas Bar No. 24055880
awolfshohl@porterhedges.com
**Joshua W. Wolfshohl**
Texas Bar No. 24038592
jwolfshohl@porterhedges.com
**Jack E. Byrom**
Texas Bar No. 24082763
jbyrom@porterhedges.com
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 228-1331 (fax)

4

**DEFENDANT:**

**SMITH & LOVELESS, INC.**

*/s/ J. Maxwell Beatty*
One of Its Attorney of Record

OF COUNSEL

JONES MURRAY & BEATTY LLP
**J. Maxwell Beatty**
Texas Bar No. 24051740
max@jmbllp.com
**Jackie Pham**
Texas Bar No. 24116899
jackie@jmbllp.com
4119 Montrose Blvd., Suite 230
Houston, Texas 77006
(832) 529-1999
(832) 529-3393 (fax)